IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, </br></br>Plaintiff, </br></br>v. </br></br>JADESTATION HOLDINGS, LLC, </br></br>Defendant. | Civil Action No. </br></br>2:23-cv-00927-SPC-NPM |

## JOINT MOTION TO CONTINUE HEARING ON PLAINTIFFF'S MOTION TO COMPEL ITEMIZED APPRAISAL AWARD

Plaintiff, Westchester Surplus Lines Insurance Company ("Plaintiff") and Defendant, Jadestation Holdings, LLC ("Defendant"), collectively (the "Parties"), file this Joint Motion to Continue Hearing on Plaintiff's Motion to Compel Itemized Appraisal Award and state as follows:

1. Plaintiff filed a Motion to Compel Itemized Appraisal Award ("Motion") on October 23, 2023 [D.E. 5].

2. On November 6, 2023, the Court set a hearing on Plaintiff's Motion to Compel Itemized Appraisal Award on December 14, 2023 at 11:15am [D.E.11].

3. The Parties respectfully request to reset the hearing on December 14, 2023 to another date as they are discussing the potential for resolution of the Motion and the claim at issue.

4. The Parties are available to reset the hearing on: January 16, 17, or 18, 2024.

5. Given the Parties' agreement to the hearing being continued, the Parties respectfully request that the Court reset the hearing on Motion to Compel Itemized Appraisal Award to January 16, 17, or 18, 2024, if one of those dates is available and acceptable to the Court. A proposed Order is attached.

6. If January 16, 17, or 18, 2024 are not available or acceptable to the Court, the Parties respectfully request that the Court reschedule the hearing on another date.

WHEREFORE, the Parties respectfully request that this Court enter an Order rescheduling the hearing on Motion to Compel Itemized Appraisal Award.

## **LOCAL RULE 7.1 NOTICE OF CONFERRAL**

In accordance with Local Rule 7.1, the Parties conferred regarding the instant Motion and regarding available dates to reschedule the hearing on Plaintiff's Motion to Compel Itemized Appraisal Award. The Parties agree to reschedule the hearing on Plaintiff's Motion to Compel Itemized Appraisal Award on January 16, 17, or 18, 2024, if one of those dates is acceptable to the Court.

This 13th day of December, 2023.

/s/ *Tiffany Bustamante*
Tiffany Bustamante
Florida Bar No.: 117643
**Cozen O'Connor**
Southeast Financial Center, Ste. 3000
200 South Biscayne Blvd.
Miami, Florida 33131
Telephone:  (305) 358-6031
Facsimile:  (305) 704-5955
Email:      tbustamante@cozen.com

and

Alycen A. Moss
**Cozen O'Connor**
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404) 572-2052
Facsimile:  (877) 728-1396
E-mail:     amoss@cozen.com

*Attorneys for Plaintiff Westchester Surplus Lines Insurance Company*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 13, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by electronic mail.

    Respectfully submitted,

    /s/ Tiffany Bustamante
    Tiffany Bustamante
    Florida Bar No.: 117643
    **Cozen O'Connor**
    Southeast Financial Center, Ste. 3000
    200 South Biscayne Blvd.
    Miami, Florida 33131
    Telephone:  (305) 358-6031
    Facsimile:  (305) 704-5955
    Email:  tbustamante@cozen.com

**SERVICE LIST:**

James Angelo DeMiles, Esq.
DeMiles Law
2700 N 29th Avenue, Suite 106
Hollywood, FL 33020
Office.  (954)367-6029
Fax:  (954)827-6111
james@demileslaw.com
*Counsel for Defendant*